# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2020 ND 246

State of North Dakota,            Plaintiff and Appellee

      v.

Richard Richardson III,           Defendant and Appellant

## No. 20200083

Appeal from the District Court of Grand Forks County, Northeast Central Judicial District, the Honorable M. Jason McCarthy, Judge.

AFFIRMED.

Per Curiam.

Andrew C. Eyre, Assistant State's Attorney, Grand Forks, ND, for plaintiff and appellee; submitted on brief.

Russell J. Myhre, Enderlin, ND, for defendant and appellant; submitted on brief.

# State v. Richardson
## No. 20200083

**Per Curiam.**

[¶1] Richard Richardson III appealed his conviction of felony reckless endangerment, a class C felony under N.D.C.C. § 12.1-17-03, challenging the sufficiency of the evidence for the jury's verdict. He argues the evidence was insufficient to show he acted recklessly and did not act in self-defense when he fired his weapon at a vehicle with three occupants. We affirm under N.D.R.App.P. 35.1(a)(3).

[¶2]   Jon J. Jensen, C.J.
       Gerald W. VandeWalle
       Daniel J. Crothers
       Lisa Fair McEvers
       Jerod E. Tufte

1